# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 20, 2013

### NO. 03-11-00604-CV

**Alhaji Isa Adegori Ayeni, Appellant**

**v.**

**The State of Texas; The City of Houston, Texas;
and The Transit Authority of Houston, Texas, Appellees**

APPEAL FROM 200TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON AND HENSON;
JUSTICE HENSON NOT PARTICIPATING
AFFIRMED -- OPINION BY JUSTICE PEMBERTON;
CONCURRING OPINION BY JUSTICE PEMBERTON

**THIS CAUSE** came on to be heard on the record of the court below, and the same being considered, because it is the opinion of this Court that there was no error in the district court's judgment: **IT IS THEREFORE** considered, adjudged and ordered that the judgment of the district court is in all things affirmed. It is **FURTHER** ordered that the appellant pay all costs relating to this appeal, both in this Court and the court below; and that this decision be certified below for observance.